UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                              Plaintiff,

           -vs-                                          **REPORT & RECOMMENDATION**

                                                        16-CR-6003L

MEGAN McDONALD,

                              Defendant.

_____

By Order of Judge David G. Larimer dated February 11, 2016, the above case was referred to me, with the consent of the defendant, to take the defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure for a Report and Recommendation. The following is my Report and Recommendation as to the defendant's plea of guilty.

On February 11, 2016, the defendant entered a plea of guilty in this case, as set forth in the transcript of the plea proceeding. In accordance with my oral Report and Recommendation at the close of the plea proceeding, it is my Report and Recommendation that the defendant's plea of guilty accords with the requirements of Rule 11 of the Fed. R. Crim. P. and that your Honor adjudge the defendant guilty of the offense(s) to which the guilty plea was offered.

**IT IS SO ORDERED.**

                                        _____
                                        Marian W. Payson
                                        United States Magistrate Judge

Dated:         Rochester, New York
               February  11  , 2016