UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**DECISION AND ORDER**

6:16-CR-6003 EAW

MEGAN MCDONALD,

    Defendant.

---

United States District Judge David G. Larimer referred the above-referenced matter to United States Magistrate Judge Marian W. Payson, pursuant to 28 U.S.C. § 636(b)(1)(B), for a change of plea proceeding under Fed. R. Crim. P. 11. The defendant, Megan McDonald, consented to the proceeding before the Magistrate Judge (Dkt. 34)

On February 11, 2016, defendant Megan McDonald appeared before the Magistrate Judge and entered a plea of guilty to Counts 1 through 5 of the Indictment. Magistrate Judge Payson made an oral Report and Recommendation immediately after the change of plea proceeding (Dkt. 37), and filed a written Report and Recommendation (Dkt. 35) confirming that defendant's entry of a plea of guilty met the requirements of Fed. R. Crim. P. 11, and recommending that the Court accept the guilty plea. No objections to the Report and Recommendation were timely filed, and no extension of time to file objections was sought.

Pursuant to 28 U.S.C. § 636(b)(1), Magistrate Judge Payson's Report and Recommendation (Dkt. 35, 37) is adopted in its entirety, and the court hereby accepts the

defendant, Megan McDonald's plea of guilty, and defendant Megan McDonald is hereby adjudged guilty of Counts 1 through 5 of the Indictment as follows: (1) Count 1 charging Production of Child Pornography in violation of 18 U.S.C. §§ 2251(a) and 2251(e); (2) Count 2 charging Production of Child Pornography in violation of 18 U.S.C. §§ 2251(a) and 2251(e); (3) Count 3 charging Distribution of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2)(A); (4) Count 4 charging Distribution of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2)(A); and (5) Count 5 charging Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

A schedule for sentencing filings and proceedings and a new sentencing date will be issued by the undersigned.

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated:	March 31, 2016
	Rochester, New York